**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Shedrick SPAULDING, Jr., a.k.a.
Al, Defendant–Appellant.**

**No. 11–10504
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 16, 2011.

R. Brian Tanner, James D. Durham, Karl I. Knoche, Brian T. Rafferty, Edward

J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Amy Lee Copeland, Attorney at Law, Savannah, GA, Shedrick Spaulding, Jr., USP Coleman II, Coleman, FL, for Defendant–Appellant.

Before DUBINA, Chief Judge, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Amy Lee Copeland, appointed counsel for Shedrick Spaulding, Jr., has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Spaulding's conviction and sentence are **AFFIRMED.**